IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.   8:05CR94 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | ORDER |
| JUAN GARCIA, a/k/a "Gallo", | ) | |
| JOSE ELIAS GARCIA, a/k/a "Elias", | ) | |
| LEONARDO VARGAS-GONZALEZ, | ) | |
| a/k/a "Chilango", and | ) | |
| THOMAS WILSON, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Andrew J. Wilson, as a Criminal Justice Act training panel member, to assist in the defense of THOMAS WILSON.

Accordingly, pursuant to the terms of Appendix I, Part I(C) of the Amended Criminal Justice Act Plan for the District of Nebraska, Andrew J. Wilson is hereby assigned to assist Mark A. Weber, Criminal Justice Act panel attorney, in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Andrew J. Wilson shall not be eligible to receive compensation for his services in this case.

Mark A. Weber shall continue to be primary counsel on behalf of the Defendant, THOMAS WILSON.

Dated: August 30, 2006.

BY THE COURT:

Thomas D. Thalken
United States Magistrate Judge