# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR94** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **THOMAS WILSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on a third party's request for a transcript (Filing No. 425).

The third party requests a transcript of a hearing held on February 15, 2007. No hearing was held on that date in this matter.

IT IS ORDERED that third party's request for a transcript (Filing No. 425) is denied.

DATED this 10th day of June, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge